ACCEPTED
01-17-00818-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2018 5:54 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/19/2018 5:54:58 PM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Oyedemi & Associates, P.C. | § |
| Appellant, | § |
| | § |
| v. | § |
| | § |
| Leonard Bell, et al. | § |
| Appellees. | § |

CAUSE NO. 01-17-00818-CV

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE LATE APPELLANTS' BRIEF**

COMES NOW Oyedemi & Associates, P.C., and files this motion for an extension of time to file appellant's brief in this case. In support of this motion, appellant will respectfully show the honorable Court:

**FACTUAL BACKGROUND AND REQUEST FOR EXTENSION**

1.     The appellate brief on this matter became due on March 8, 2018. However, appellant was unable to file the brief due to difficulties counsel's office was having in getting the records related to this matter. This situation was due to confusion regarding counsel's information at the Court of Appeals porter which made it impossible for counsel to retrieve needed information to file the brief and is thus due to circumstances beyond the control of appellants and not due to any form of an inexcusable neglect.

2.     After making all efforts to resolve this matter on his own, counsel called the Court Clerk's office to report the problem. Although the problem was resolved by the office, the delay made it impossible for counsel to meet the deadline set for the brief. Additional time was thus needed.

Page 1

3. Prior to the filing of this motion, Appellant contacted the attorney for the Appellees, Mr. Joshua Estes, regarding the need for additional time to file the motion. Mr. Estes indicated that he is not opposed to the extension of time to file the late appellate brief.

4. Appellants hereby respectfully request that this Court grant them leave to file a late appellant's brief and extension of time to file the said brief on this case in the interest of justice. Appellants assert that this request for extension will not cause any prejudice to any party. The request is not filed for the purpose of delay but so that justice may be done.

## PRAYER

WHEREFORE Appellants, respectfully ask the Court to grant the appellants a three weeks extension to file a late Appellants' brief, and for such other reliefs to which the appellants may be entitled at law or in equity.

Respectfully submitted,

*/s/wakiloyedemi*

Wakil O. Oyedemi, Esq.
TBN : 24084291
101 Southwestern Boulevard, Suite 200
Sugar Land, Texas 77478
Tel: (832) 939-8578
Fax: (832) 939-8582
Email: ooyedemi@oyedemilaw.com
**ATTORNEYS FOR APPELLANT**
**OYEDEMI & ASSOCIATES, P.C.**

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

| | | |
|---|---|---|
| Oyedemi & Associates, P.C. | § | |
| Appellant, | § | |
| | § | CAUSE NO. 01-17-00818-CV |
| v. | § | |
| | § | |
| Leonard Bell, et al. | § | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE AND REQUEST FOR AN EXTENSION TO FILE LATE APPELLANTS' BRIEF

**State of Texas**
**County of Harris**

BEFORE ME, the undersigned authority, on this day personally appeared Wakil O. Oyedemi, who being by me duly sworn on his oath deposed and said:

"1. My name is Wakil Oyedemi; I am over the age of eighteen (18) years, and I am an attorney for the appellant in the above-mentioned matter. I am fully competent to make this affidavit. I have read the foregoing Motion For Leave and Extension to File a Late Appellants' Brief in this case. The motion is based on my personal knowledge of this matter, the facts stated in the motion are true and correct.

_____
Affiant

Subscribed and sworn to before me on _March 19, 2018_, by Wakil O. Oyedemi.

_____
Signature of officer

CYNTHIA DIAZ
My Notary ID # 128810697
Expires December 16, 2019

## CERTIFICATE OF CONFERENCE

I hereby certify that prior to filing this motion, I contacted the appellee attorney on this matter, Mr. Joshua Estes, regarding the need for an extension of time to file a late appellate brief. Mr. Estes indicated he is not opposed the motion.

*/s/wakiloyedemi*

Wakil O. Oyedemi

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave and for Extension of time to file late appellants' brief was served on the Appellees through their attorney of record, Joshua Estes by electronic service and/or by facsimile to (281) 238.9964.

*/s/wakiloyedemi*

Wakil O. Oyedemi, Esq.